**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE PAGUADA, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

MAESTRO FOOD CO.

    Defendant.

Case No: 1:20-cv-09255-VEC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Queens, New York
April 28, 2021

Mars Khaimov Law, PLLC

By: _____
Mars Khaimov, Esq.
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

O'Hagan Meyer, PLLC

By: _____
Ryan Benson, Esq.
One E Wacker, Suite 3400
Chicago, IL 60601
rbenson@ohaganmeyer.com
*Attorneys for Defendant*

The Clerk of Court is respectfully directed to terminate all open motions and to close this case.

SO ORDERED.

*/s/ Valerie Caproni*   5/20/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE